UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT-NEXTEL,<br><br>Defendant. | Case No. 1:11-cv-00619-BLW-LMB<br><br>**ORDER** |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY, and ADA COUNTY HOUSING AUTHORITY,<br><br>Defendants. | Case No. 1:12-cv-00024-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY ATTORNEY'S OFFICE, and BOISE POLICE DEPARTMENT,<br><br>Defendants. | Case No. 1:12-cv-00168-BLW-LMB |

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Case No. 1:12-cv-00169-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY POLICE DEPARTMENT,<br><br>Defendant. | Case No. 1:12-cv-00176-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>P. GLORIA DeKELLEY,<br><br>Defendant. | Case No. 1:12-cv-00177-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>LEGAL AID,<br><br>Defendant. | Case No. 1:12-cv-00301-BLW-LMB |

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>Defendant. | Case No. 1:12-cv-00305-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendant. | No. 1:12-cv-00316-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>LIVING INDEPENDENCE NETWORK CORPORATION,<br><br>Defendant. | No. 1:12-cv-00339-BLW-LMB |

Plaintiff Rodrick DeRock has the filed the above captioned lawsuits in relation to an ongoing dispute DeRock has regarding a $64 increase in rent at his place of residence. In summary, DeRock claims that the various defendants in each action has played some part in conspiring to have DeRock evicted or unlawfully pay more rent.

Because Plaintiff's Complaints are all substantially similar in substance, and all relate to

the same subject matter, the Court shall consolidate all ten cases for ease of administration. Those cases are as follows: (1) *DeRock v. Sprint-Nextel*, 1:11-cv-00619-BLW-LMB; (2) *DeRock v. Boise City, et al*, 1:12-cv-00024-BLW-LMB; (3) *DeRock v. Boise City Attorney's Office*, et al, 1:12-cv-00168-BLW-LMB; (4) *DeRock v. Hous. and Urban Dev.*, 1:12-cv-00169-BLW-LMB; (5) *DeRock v. Boise City Police Dept.*, 1:12-cv-00176-BLW-LMB; (6) *DeRock v. DeKelley*, 1:12-cv-00177-BLW-LMB; (7) *DeRock v. Legal Aid*, 1:12-cv-00301-BLW-LMB; (8) *DeRock v. Intermountain Fair Hous. Council*, 1:12-cv-00305-BLW-LMB; (9) *DeRock v. Idaho Depart. of Health & Welfare*, 1:12-cv-00316-BLW-LMB; and (10) *DeRock v. Living Independence Network Corp.*, 1:12-cv-00339-BLW-LMB. Anything further filed in any of these cases should be filed only under the lead case, *DeRock v. Sprint-Nextel*, 1:11-cv-00619-BLW-LMB.

Further, all matters in the above-captioned cases are referred to United States Magistrate Judge Larry M. Boyle. Judge Boyle is directed to conduct all necessary and proper proceedings pertaining thereto.

If the matter is non-dispositive, Judge Boyle is directed to enter an appropriate order. If the matter is dispositive, Judge Boyle shall submit to the United States District Court a report and proposed recommendation as to disposition.

A party objecting to the proposed report and recommendations shall file written objections with the court within fourteen (14) days. The Court will make a de novo determination of those portions to which objection is made. 28 U.S.C. §636(b)(1)(B); Local Rule 72.1.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that the following cases are consolidated:

1. *DeRock v. Sprint-Nextel*, 1:11-cv-00619-BLW-LMB;

2. *DeRock v. Boise City, et al*, 1:12-cv-00024-BLW-LMB;

3. *DeRock v. Boise City Attorney's Office*, et al, 1:12-cv-00168-BLW-LMB;

4. *DeRock v. Hous. and Urban Dev.*, 1:12-cv-00169-BLW-LMB;

5. *DeRock v. Boise City Police Dept.*, 1:12-cv-00176-BLW-LMB;

6. *DeRock v. DeKelley*, 1:12-cv-00177-BLW-LMB;

7. *DeRock v. Legal Aid*, 1:12-cv-00301-BLW-LMB;

8. *DeRock v. Intermountain Fair Hous. Council*, 1:12-cv-00305-BLW-LMB;

9. *DeRock v. Idaho Depart. of Health & Welfare*, 1:12-cv-00316-BLW-LMB; and

10. *DeRock v. Living Independence Network Corp.*, 1:12-cv-00339-BLW-LMB.

The lead case shall be *DeRock v. Sprint-Nextel*, 1:11-cv-00619-BLW-LMB;

IT IS FURTHER ORDERED that, all matters in the above-captioned cases are referred to United States Magistrate Judge Larry M. Boyle.

DATED: **July 20, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court