UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT-NEXTEL,<br><br>Defendant. | Case No. 1:11-cv-00619-BLW-LMB<br>(Lead Case)<br><br>**ORDER** |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY, and ADA COUNTY HOUSING AUTHORITY,<br><br>Defendants. | Case No. 1:12-cv-00024-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY ATTORNEY'S OFFICE, and BOISE POLICE DEPARTMENT,<br><br>Defendants. | Case No. 1:12-cv-00168-BLW-LMB |

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Case No. 1:12-cv-00169-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>BOISE CITY POLICE DEPARTMENT,<br><br>Defendant. | Case No. 1:12-cv-00176-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>P. GLORIA DeKELLEY,<br><br>Defendant. | Case No. 1:12-cv-00177-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>LEGAL AID,<br><br>Defendant. | Case No. 1:12-cv-00301-BLW-LMB |

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>Defendant. | Case No. 1:12-cv-00305-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF HEALTH AND WELFARE,<br><br>Defendant. | No. 1:12-cv-00316-BLW-LMB |
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>LIVING INDEPENDENCE NETWORK CORPORATION,<br><br>Defendant. | No. 1:12-cv-00339-BLW-LMB |

## INTRODUCTION

Plaintiff Rodrick DeRock has the filed the above captioned lawsuits in relation to an ongoing dispute DeRock has regarding a $64 increase in rent at his place of residence. In summary, DeRock claims that the various defendants in each action has played some part in conspiring to have DeRock evicted or unlawfully pay more rent.

Each of the complaints was conditionally filed based on DeRock's request for in forma pauperis status. Because the complaints all related to the same subject matter, the Court ordered that they be consolidated and referred to Magistrate Judge Larry M. Boyle for an initial review under 28 U.S.C. § 1915(e)(2). Judge Boyle issued his Report and Recommendation (R&R) and DeRock filed an objection thereto. The matter is now at issue.

## ANALYSIS

The Court finds that the R&R accurately sets forth the facts and correctly analyzes the law. After a thorough discussion, reviewing the claims against each defendant in depth, the R&R recommends that each of DeRock's complaints be dismissed. DeRock's objection contains nothing that would alter the recommendations reached in the R&R. Accordingly, the Court will adopt the R&R as the decision of the Court.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED that the motion for cell phone record (docket no. 5 in CV:11-619) is DENIED;

IT IS FURTHER ORDERED, that the Report and Recommendation (docket no. 13) is ADOPTED in full as the decision of this Court.

IT IS FURTHER ORDERED that following cases are DISMISSED:

1. *DeRock v. Sprint-Nextel*, 1:11-cv-00619-BLW-LMB;
2. *DeRock v. Boise City, et al*, 1:12-cv-00024-BLW-LMB;
3. *DeRock v. Boise City Attorney's Office*, et al, 1:12-cv-00168-BLW-LMB;
4. *DeRock v. Hous. and Urban Dev.*, 1:12-cv-00169-BLW-LMB;
5. *DeRock v. Boise City Police Dept.*, 1:12-cv-00176-BLW-LMB;

      6.      *DeRock v. DeKelley*, 1:12-cv-00177-BLW-LMB;

      7.      *DeRock v. Legal Aid*, 1:12-cv-00301-BLW-LMB;

      8.      *DeRock v. Intermountain Fair Hous. Council*, 1:12-cv-00305-BLW-LMB;

      9.      *DeRock v. Idaho Depart. of Health & Welfare*, 1:12-cv-00316-BLW-LMB; and

      10.      *DeRock v. Living Independence Network Corp.*, 1:12-cv-00339-BLW-LMB.

IT IS FURTHER ORDERED that DeRock's requests to proceed in forma pauperis be DENIED as moot;

IT IS FURTHER ORDERED, that the multitude of remaining pending motions in each case be DENIED as moot;

IT IS FURTHER ORDERED, that DeRock is required to obtain approval of the court before filing any further complaints; and

IT IS FURTHER ORDERED, that the Clerk shall close each of the above-listed cases.

DATED: **September 26, 2012**

Honorable B. Lynn Winmill
Chief U. S. District Judge