# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT-NEXTEL,<br><br>Defendant. | Case No. 1:11-cv-00619-BLW-LMB<br>(Lead Case)<br><br>**ORDER** |

## INTRODUCTION

In a prior decision in this case, the Court dismissed the case and held that Plaintiff Rodrick DeRock must obtain permission before filing any further complaints. He now seeks approval for filing 11 new complaints against the following parties: (1) Idaho Magistrate Judge Russell A. Comstock; (2) Attorney Jolene Maloney; (3) Federal Magistrate Judge Larry M. Boyle; (4) Tomlinson and Associates; (5) the Idaho Judicial Council; (6) Ninth Circuit Judge "Clifton"; (7) Ninth Circuit Judge "Canby"; (8) Lisa Jones; (9) the Boise City Ombudsman Office; (10) the Boise Housing Corp.; and (11) the Oak Park Village Limited Partnership.

DeRock seeks in forma pauperis status to file the complaints. Each complaint concerns an ongoing dispute DeRock has regarding a $64 increase in rent at his place of residence. In summary, DeRock claims that the various defendants in each action has played some part in conspiring to have DeRock evicted or unlawfully pay more rent.

In an earlier decision, the Court ordered an almost identical series of complaints dismissed and ordered that DeRock obtain permission before being allowed to file further complaints. The district court may deny permission to file a complaint in forma pauperis if the complaint is frivolous on its face. *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir.1990).

These complaints are frivolous on their face. The Court therefore denies permission for filing.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED that plaintiff DeRock is denied permission to file the complaints referred to above in forma pauperis. The Clerk is directed to return the complaints to the plaintiff.



DATED: **June 11, 2014**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge