UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RODRICK G. DeROCK,<br><br>               Plaintiff,<br><br>  v.<br><br>BOISE CITY, and ADA COUNTY HOUSING AUTHORITY,<br><br>               Defendants. | Case No. 1:11-CV-619-BLW-LMB<br><br>**ORDER APPOINTING COUNSEL FOR PLAINTIFF** |

The Pro Bono Administrator has located counsel willing to accept pro bono appointment in this matter. Pursuant to the Court's Pro Bono Program, **IT IS ORDERED** that the following counsel for Plaintiff is appointed:

Joseph Aldridge
Duke, Scanlan & Hall, PLLC
1087 W. River Street, Suite 300
Boise, Id. 83707
(208) 342-3310
Idaho State Bar No. 9194
jma@dukescanlan.com

**IT IS FURTHER ORDERED** that Plaintiff shall not initiate contact with counsel, but must wait to be contacted by counsel regarding this appointment.

Counsel is notified that he may take advantage of the benefits offered though the Idaho State Bar Volunteer Lawyers' Program. Also, a limited Pro Se Pro Bono Program cost reimbursement fund is available to counsel from the Court; if costs are later recovered from Defendants, then Plaintiff and his counsel have an obligation to

**ORDER APPOINTING COUNSEL FOR PLAINTIFF - 1**

reimburse the program. No expenditures above $1,500.00 will be reimbursed by the

Court unless counsel receives authorization from the Court in advance of the

expenditures. Any questions regarding this appointment may be directed to Keith Bryan,

the Court's Pro Bono Administrator, at (208) 334-9067.

**IT IS SO ORDERED.**

DATED: September 28, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER APPOINTING COUNSEL FOR PLAINTIFF - 2**